IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDDIE GENE EVANS,

    Petitioner,                                        JUDGMENT IN A CIVIL CASE

v.                                                      Case No. 13-cv-730-wmc

MICHAEL DITTMAN, Warden,
Columbia Correctional Institution,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition for a writ of habeas corpus filed by Eddie Gene Evans without prejudice for want of prosecution. Alternatively, the petition is dismissed as moot.

/s/                                                                                 9/8/2014

Peter Oppeneer, Clerk of Court                            Date